FORM 8A. Entry of Appearance                                                Form 8A (p.1)
                                                                            July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-2069

**Short Case Caption:** United States v. Gilead Sciences, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Professors of Law, Medicine, and Public Health. See Appx A (attached) for names.

| **Principal Counsel:** Christopher J. Morten | Admission Date: 6/9/16 |
|---|---|
| Firm/Agency/Org.: New York University School of Law (Washington Square Legal S | |
| Address: Furman Hall, 245 Sullivan Street, 5th Floor | |
| Phone: 212-998-6430 | Email: cjm531@nyu.edu |
| **Other Counsel:** N/A | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 12/24/24          Signature: s/ Christopher J. Morten

                        Name: Christopher J. Morten

Save for Filing

# APPENDIX A

## List of Signatories
### (Amici Curiae Professors of Law, Medicine, and Public Health)

(Amici sign on their own behalf. Institutions are listed for identification only.)

Charles Duan, JD
Assistant Professor of Law, American University Washington College of Law

Gregg Gonsalves, PhD
Associate Professor of Epidemiology, Yale School of Public Health

Cynthia M. Ho, JD
Clifford E. Vickrey Research Professor, Loyola University Chicago School of Law

Amy Kapczynski, JD, MA, MPhil
Professor of Law, Yale Law School

Jordan Paradise, JD
Georgia Reithal Professor of Law, Loyola University Chicago School of Law

Reshma Ramachandran, MD, MPP, MHS
Assistant Professor of Medicine, Yale School of Medicine

Joseph S. Ross, MD, MHS
Professor of Medicine and Public Health, Yale School of Medicine

Jason M. Schultz, JD
Professor of Clinical Law, New York University School of Law

Michael S. Sinha, MD, JD, MPH, FCLM
Assistant Professor of Law, Saint Louis University School of Law

Anthony D. So, MD, MPA
Distinguished Professor of the Practice, Johns Hopkins Bloomberg School of Public Health

Liza Vertinsky, JD, MA, PhD
Professor of Law, University of Maryland Francis King Carey School of Law

Case: 24-2069     Document: 22     Page: 3     Filed: 12/24/2024