NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

___

**UNITED STATES,**
*Plaintiff-Appellant*

v.

**GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC,**
*Defendants-Appellees*

___

2024-2069

___

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-02103-MN, Judge Maryellen Noreika.

___

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

January 17, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 17, 2025